| AO 10<br>Rev. 1/2014 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2013** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Harwood, Bruce A. | 2. Court or Organization<br><br>United States Bankruptcy Court - District of New Hampshire | 3. Date of Report<br><br>12/19/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; *magistrate judges indicate full- or part-time*)<br><br>Chief Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>United States Bankruptcy Court<br>1000 Elm Street<br>Manchester, NH 03101 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | American Bankruptcy Institute (term expired April, 2013) |
| 2. | Shareholder and Officer | Sheehan Phinney Bass + Green PA (employment ended March 10, 2013; stock fully redeemed March 15, 2013) |
| 3. | Participant | Sheehan Phinney Bass + Green PA Profit Sharing Plan and Trust (no control; final cash distribution received in full Mar-Apr 2013) |
| 4. | Trustee | Trust #1 ▓▓▓▓▓▓▓▓▓▓▓▓ |
| 5. | Trustee | Trust #2 ▓▓▓▓▓▓▓▓▓▓▓▓ |
| 6. | Trustee | Trust #3 ▓▓▓▓▓▓▓▓▓▓▓▓ |
| 7. | Trustee | Trust #4 ▓▓▓▓▓▓▓▓▓▓▓▓ |
| 8. | Trustee | Trust #5 ▓▓▓▓▓▓▓▓▓▓▓▓ |
| 9. | Trustee | Trust #6 ▓▓▓▓▓▓▓▓▓▓▓▓ |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 6/17/97 | Shareholder and Employment Agreement; Sheehan Phinney Bass + Green PA (employment terminated March 10, 2013) |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 12/19/2014 |

2. 1/1/75      Sheehan Phinney Bass + Green PA Profit Sharing Plan and Trust (no control; account fully distributed March-April 2013)

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 12/19/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Sheehan Phinney Bass + Green, PA; Gross Salary | $25,032.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | Apr 17-21, 2013 | Washhington, DC | Annual Spring Meeting (teach)(board of directors meeting) | Transportation, Lodging, Meals |
| 2. | American Bankruptcy Institute | July, 11-14, 2013 | Newport, RI | Educational Seminar (Northeast Conference) (teach) | Transportation, Lodging, Meals |
| 3. | American Bankruptcy Institute | September 26-27, 2013 | Washington, DC | Educational Seminar (Georgetown) (teach) | Transportation, Lodging, Meals |
| 4. | National Conference of Bankruptcy Judges | October 29 - November 2, 2013 | Atlanta, GA | Educational Seminar and Meeting (teach) | Transportation, Lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Harwood, Bruce A. | 12/19/2014 |

| | | | | |
|---|---|---|---|---|
| 5. | Massachusetts Continuing Legal Education | November 13, 2013 | Boston, MA | Educational Seminar (teach) | Transportation |
| 6. | American Bankruptcy Institute | December 5-10, 2013 | Rancho Palos Verdes, CA | Educational Seminar (teach) | Transportation, Lodging, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 12/19/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Common ABT - ABBOT LABORATORIES | A | Dividend | J | T | Buy (add'l) | 06/06/13 | J | | |
| 2. Common ABBV - ABBVIE INC COM | A | Dividend | J | T | Buy (add'l) | 06/06/13 | J | | |
| 3. Common APD - AIR PROD 7 CHEM INC | A | Dividend | J | T | | | | | |
| 4. Common ACE - ACE LTD | A | Dividend | J | T | Buy (add'l) | 07/12/13 | J | | |
| 5. | | | | | Buy (add'l) | 11/22/13 | J | | |
| 6. Common MO - ALTRIA GROUP INC | A | Dividend | J | T | | | | | |
| 7. Common AXP - AMERICAN EXPRESS CO | A | Dividend | | | Sold | 07/26/13 | J | B | |
| 8. Common APA - APACHE CORP. | A | Dividend | | | Sold | 02/22/13 | J | | |
| 9. Common AAPL - APPLE INC | A | Dividend | J | T | Buy (add'l) | 07/26/13 | J | | |
| 10. Common ARCO - ARCOS DORADOS HLDGS INC | A | Dividend | | | Sold | 06/13/13 | J | | |
| 11. Common - ASML - ASML HLDG NV NY REG NEW | | None | J | T | Buy | 11/22/13 | J | | |
| 12. Common ADP - AUTOMATIC DATA PROCESSING INC | A | Dividend | J | T | | | | | |
| 13. Common BLK - BLACKROCK INC | A | Dividend | J | T | Buy (add'l) | 07/12/13 | J | | |
| 14. CMNIX - CALAMOS MARKET NEUTRAL INC I FUND | B | Dividend | K | T | Buy (add'l) | 03/15/13 | K | | |
| 15. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 16. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 17. | | | | | Buy (add'l) | 04/24/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Common CAT - CATERPILLAR INC | A | Dividend | J | T | Buy (add'l) | 07/26/13 | J | | |
| 19. | | | | | Sold (part) | 11/22/13 | J | A | |
| 20. Common CP - CDN PACIFIC RY LTD NEW | A | Dividend | J | T | Buy | 02/22/13 | J | | |
| 21. | | | | | Buy (add'l) | 03/01/13 | J | | |
| 22. | | | | | Buy (add'l) | 03/04/13 | J | | |
| 23. | | | | | Buy (add'l) | 07/12/13 | J | | |
| 24. Common CVX - CHEVRON CORP | A | Dividend | K | T | | | | | |
| 25. Common EOG - EOG RESOURCES | A | Dividend | J | T | Buy | 07/12/13 | J | | |
| 26. Common FOXA - TWENTY-FIRST CENTURY FOX | A | Dividend | J | T | | | | | |
| 27. Common CMSA - COMCAST CORP (NEW) CLASS A | A | Dividend | | | Buy | 02/22/13 | J | | |
| 28. | | | | | Buy (add'l) | 07/12/13 | J | | |
| 29. | | | | | Sold | 07/26/13 | J | A | |
| 30. Common COP - CONOCO PHILLIPS | A | Dividend | J | T | | | | | |
| 31. Common DEO - DIAGEO PLC SPON ADR NEW | A | Dividend | J | T | | | | | |
| 32. Common EL - ESTEE LAUDER CO INC CL A | A | Dividend | J | T | | | | | |
| 33. Common - XOM EXXON MOBIL CORP | A | Dividend | K | T | Sold (part) | 07/12/13 | J | B | |
| 34. Common BEN - FRANKLIN RESOURCES | A | Dividend | J | T | Buy (add'l) | 07/12/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Common FCX - FREEPORT MCMORAN CP&GLD | A | Dividend | J | T | Sold (part) | 06/06/13 | J | | |
| 36. Common GE - GENERAL ELECTRIC CO | A | Dividend | J | T | | | | | |
| 37. Common HBC - HSBC HOLDING PLC SPON ADR NEW | A | Dividend | J | T | | | | | |
| 38. Common INTC - INTEL CORP | A | Dividend | J | T | Sold (part) | 11/22/13 | J | A | |
| 39. Common IBM - INTL BUSINESS MACHINES CORP | A | Dividend | J | T | Buy (add'l) | 07/26/13 | J | | |
| 40. Common ISRG - INTUITIVE SURGICAL INC | | None | J | T | Buy (add'l) | 07/26/13 | J | | |
| 41. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 42. Common KO - COCA COLA CO | A | Dividend | K | T | | | | | |
| 43. Common NVS - NOVARTIS AG | | None | J | T | Buy | 06/06/13 | J | | |
| 44. | | | | | Buy (add'l) | 06/18/13 | J | | |
| 45. IQHX - IQ ALPHA HEDGE STRAT INST FUND | A | Dividend | K | T | Buy (add'l) | 03/15/13 | K | | |
| 46. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 47. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 48. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 49. Common TIP - ISHARES BARCLAYS TIPS BD ED | C | Dividend | N | T | Buy | 03/15/13 | N | | |
| 50. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 51. | | | | | Buy (add'l) | 07/05/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Common SCZ - ISHARES TR MSCI SMALL CAP | A | Dividend | L | T | Buy | 03/15/13 | K | | |
| 53. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 54. Common JNJ - JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 55. Common JPM - JPMORGAN & CHASE CO | A | Dividend | J | T | | | | | |
| 56. Common KRFT - KRAFT FOODS GROUP INC COM | A | Dividend | J | T | | | | | |
| 57. Common MCD - MCDONALDS CORP | A | Dividend | J | T | Sold (part) | 07/12/13 | J | A | |
| 58. Common MRK - MERCK & CO INC NEW COM | A | Dividend | J | T | | | | | |
| 59. Common MDLZ - MONDELEZ INTL INC COM | A | Dividend | J | T | | | | | |
| 60. Common NSRGY - NESTLE SPON ADR REP REG SHR | A | Dividend | J | T | Sold (part) | 07/12/13 | J | A | |
| 61. Common NWSA - NEWS CORP LTD CL A DEL | A | Dividend | J | T | Buy (add'l) | 07/26/13 | J | | |
| 62. Common NVO - NOVO NORDISK A/S ADR | A | Dividend | J | T | | | | | |
| 63. Common OXY - OCCIDENTAL PETROLEUM CORP DE | A | Dividend | J | T | | | | | |
| 64. Common ORCL - ORACLE CORP | A | Dividend | J | T | Buy (add'l) | 07/12/13 | J | | |
| 65. Common PEP - PEPSICO INCE NC | A | Dividend | J | T | Sold (part) | 07/12/13 | J | A | |
| 66. Common PM - PHILIP MORRIS INTL INC | A | Dividend | K | T | Buy (add'l) | 07/26/13 | J | | |
| 67. Common PSX - PHILLIPS 66 COM | A | Dividend | J | T | | | | | |
| 68. PALPX - PIMCO ALL ASSET P FUND | B | Dividend | K | T | Buy (add'l) | 03/15/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 70. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 71. | | | | | Buy (add'l) | 05/30/13 | J | | |
| 72. | | | | | Buy (add'l) | 07/05/13 | J | | |
| 73. | | | | | Buy (add'l) | 07/26/13 | J | | |
| 74. PCRPX - PIMCO COMMOD REAL RET STRATP FUND | B | Dividend | L | T | Buy (add'l) | 03/15/13 | K | | |
| 75. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 76. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 77. | | | | | Buy (add'l) | 04/10/13 | J | | |
| 78. | | | | | Buy (add'l) | 04/22/13 | J | | |
| 79. | | | | | Buy (add'l) | 04/23/13 | J | | |
| 80. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 81. | | | | | Buy (add'l) | 05/30/13 | J | | |
| 82. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 83. | | | | | Buy (add'l) | 07/05/13 | J | | |
| 84. | | | | | Buy (add'l) | 07/26/13 | J | | |
| 85. | | | | | Sold (part) | 12/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. PFBPX - PIMCO FOREIGN BD US $ HEDGETD P FUND | D | Dividend | M | T | Buy | 03/15/13 | M | | |
| 87. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 88. | | | | | Buy (add'l) | 05/30/13 | J | | |
| 89. | | | | | Buy (add'l) | 07/05/13 | J | | |
| 90. Common PX - PRAXAIR INC | A | Dividend | J | T | | | | | |
| 91. Common PG - PROCTOR & GAMBLE | A | Dividend | J | T | Sold (part) | 07/12/13 | J | A | |
| 92. Common QCOM - QUALCOMM INC | A | Dividend | J | T | Buy (add'l) | 07/26/13 | J | | |
| 93. IPPXX - INVESCO PREMIER INST FUND | A | Dividend | K | T | Buy | 03/15/13 | K | | |
| 94. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 95. | | | | | Buy (add'l) | 04/24/13 | J | | |
| 96. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 97. | | | | | Buy (add'l) | 05/30/13 | J | | |
| 98. Common RIO - RIO TINTO PLC SPON ADR (no longer held) | A | Dividend | | | Sold (part) | 06/06/13 | J | | |
| 99. | | | | | Sold | 07/12/13 | J | | |
| 100. Common RHHBY - ROCHE HOLDINGS ADR | A | Dividend | J | T | | | | | |
| 101. Common RDS'A - ROYAL DUTCH SHELL PLC | A | Dividend | J | T | Buy (add'l) | 07/26/13 | J | | |
| 102. Common SBMRY - SABMILLER PLC SPONS ADR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Common RWX - SPDR DJ WILSHIRE INTL REAL EST | B | Dividend | K | T | Buy | 03/15/13 | K | | |
| 104. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 105. | | | | | Buy (add'l) | 07/05/13 | J | | |
| 106. Common TFI - SPDR NUVEEN BARCLAYS CAPITAL M | C | Int./Div. | M | T | Buy (add'l) | 07/26/13 | J | | |
| 107. Common STT - STATE STREET CORP | | None | J | T | Buy | 11/22/13 | J | | |
| 108. Common TGT - TARGET CORP | A | Dividend | J | T | | | | | |
| 109. Common TXN - TEXAS INSTRUMENTS | A | Dividend | J | T | | | | | |
| 110. Common TWC - TIME WARNER CABLE INC NEW | A | Dividend | J | T | | | | | |
| 111. Common TOT - TOTAL S A SPON ADR | A | Dividend | J | T | Sold (part) | 06/06/13 | J | | |
| 112. Common UTX - UNITED TECHNOLOGIES CORP | A | Dividend | J | T | | | | | |
| 113. Common VWO - VANGUARD FTSE EMERGING MARKETS E | C | Dividend | M | T | Buy (add'l) | 03/15/13 | L | | |
| 114. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 115. | | | | | Buy (add'l) | 04/10/13 | J | | |
| 116. | | | | | Buy (add'l) | 07/05/13 | J | | |
| 117. | | | | | Buy (add'l) | 07/26/13 | J | | |
| 118. Common VUG - VANGUARD GROWTH ETF | C | Dividend | N | T | Buy | 03/15/13 | M | | |
| 119. | | | | | Buy (add'l) | 03/19/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 03/22/13 | J | | |
| 121. Common VEA - VANGUARD FTSE DEVELOPED MARKETS ETF | D | Dividend | N | T | Buy (add'l) | 03/15/13 | M | | |
| 122. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 123. | | | | | Buy (add'l) | 03/22/13 | J | | |
| 124. Common VNQ - VANGUARD REIT ETF | B | Dividend | K | T | Buy (add'l) | 03/15/13 | K | | |
| 125. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 126. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 127. Common BSV - VANGUARD SHORT TERM BND | B | Dividend | L | T | Buy | 03/15/13 | L | | |
| 128. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 129. | | | | | Buy (add'l) | 07/05/13 | J | | |
| 130. Common VBK - VANGUARD SM CAP GROWTH ETF | A | Dividend | L | T | Buy (add'l) | 03/15/13 | K | | |
| 131. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 132. Common VBR - VANGUARD SM VALUE ETF | B | Dividend | L | T | Buy (add'l) | 03/15/13 | K | | |
| 133. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 134. Common BND - VANGUARD TOTAL BOND MARKET | B | Dividend | L | T | Buy | 03/15/13 | L | | |
| 135. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 136. Common VTV - VANGUARD VALUE ETF INDEX | D | Dividend | N | T | Buy | 03/15/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 138. Common WMT - WAL MART STORES | A | Dividend | J | T | Sold (part) | 07/12/13 | J | A | |
| 139. Common WAG - WALGREEN CO | A | Dividend | J | T | | | | | |
| 140. Common DIS - WALT DISNEY HOLDING CO | | None | J | T | | | | | |
| 141. Common XLNX - XILINX INC | A | Dividend | J | T | | | | | |
| 142. Common WFC - WELLS FARGO & CO NEW | | None | | | Buy | 07/12/13 | J | | |
| 143. | | | | | Sold | 07/26/13 | J | A | |
| 144. PEIXX - INVESCO PREMIER TX EXEMPT INST FUND | A | Dividend | J | T | | | | | |
| 145. ILAF - MS LIQUID ASSET FUND (no longer held) | A | Dividend | | | Sold | 01/14/13 | J | | |
| 146. CITIBANK N.A. Money Market Account (Bank Deposit Program) | A | Interest | K | T | | | | | |
| 147. Common BENGUET CORP | | None | J | T | | | | | |
| 148. Common ENERGIZER HOLDINGS INC | A | Dividend | J | T | | | | | |
| 149. Common BOEING COMPANY | | None | J | T | | | | | |
| 150. Trust #1 (H) | | | | | | | | | |
| 151. - CITIZENS BANK - bank accunt | A | Interest | J | T | | | | | |
| 152. - TD BANK - bank account | A | Interest | K | T | | | | | |
| 153. - HAMPSHIRE FIRST BANK - bank account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 12/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Trust #2 (H) | | | | | | | | | |
| 155. - TD BANK - bank account | A | Interest | K | T | | | | | |
| 156. - HAMPSHIRE FIRST BANK - bank account | A | Interest | J | T | | | | | |
| 157. Trust #3 (H) | | | | | | | | | |
| 158. - CITIZENS BANK - bank account | A | Interest | K | T | | | | | |
| 159. - HAMPSHIRE FIRST BANK - bank account | A | Interest | K | T | | | | | |
| 160. Trust #4 (H) | | | | | | | | | |
| 161. - HAMPSHIRE FIRST BANK - bank account | A | Interest | K | T | | | | | |
| 162. Trust #5 (H) | | | | | | | | | |
| 163. - HAMPSHIRE FIRST BANK - bank account | A | Interest | K | T | | | | | |
| 164. Trust # 6 (H) | | | | | | | | | |
| 165. - HAMPSHIRE FIRST BANK - bank account | A | Interest | K | T | | | | | |
| 166. Common PRINCIPAL FINANCIAL GROUP INC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 12/19/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On line 81 of my amended initial report dated 9/6/2013, I reported a holding of Dreyfuss DMXX MMKT Instruments as common stock which generated a dividend. In fact, that holding was a money market fund that redeemed on July 5 and 6, 2012, and is no longer held by me.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bruce A. Harwood**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544